# MINUTE ENTRY FOR CRIMINAL PROCEEDING

BEFORE MAG. JUDGE **Marilyn Go**    DATE: **8/2/18**

DOCKET NUMBER: **18 CR 386 (DLI)**    LOG #: **2:41 – 2:43**

DEFENDANT'S NAME: **Richard Johnson**

___ Present   ___ Not Present   ✓ Custody   ___ Bail

DEFENSE COUNSEL: **Amanda David for Len Kamdang**

**Tenidayo Aganga** for ___ Federal Defender   ✓ CJA   ___ Retained

A.U.S.A: **Andrew Grubin**    CLERK: **G Mylen**

INTERPRETER: _____ (Language) _____

✓ Defendant arraigned on the: ✓ indictment ___ superseding indictment ___ probation violation

✓ Defendant pleads NOT GUILTY to ALL counts.

___ DETENTION HEARING Held.   ___ Defendant's first appearance.

  ___ Bond set at _____. Defendant ___ released ___ held pending satisfaction of bond conditions.
  ___ Defendant advised of bond conditions set by the Court and signed the bond.
  ___ Surety(ies) sworn, advised of bond obligations by the Court and signed the bond.
  ___ (Additional) surety/ies to co-sign bond by _____
  ___ After hearing, Court orders detention in custody.   ___ Leave to reopen granted

___ Temporary Order of Detention Issued. Bail Hearing set for _____

___ At this time, defense counsel states on the record that the defendant does not have a bail application / package. Order of detention entered with leave to reapply to a Magistrate or to the District Court Judge to whom the case will be assigned.

✓ Order of Excludable Delay/Speedy Trial entered. Start **8/2/18** Stop **9/~~2~~4/18**

___ Medical memo issued.

___ Defendant failed to appear, bench warrant issued.

✓ Status conference set for **9/~~~~/18** @ **11:70am** before Judge **Irizarry**.

Other Rulings: _____