

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

F. #2018R01030

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

October 19, 2018

By Email and ECF

Leticia Olivera, Esq.
Federal Defenders of New York
One Pierrepont Plaza, 16th Floor
Brooklyn, New York 11201

   Re: United States v. Richard Johnson
      Criminal Docket No. 18-386 (DLI)

Dear Ms. Olivera:

  Pursuant to Rule 16 of the Federal Rules of Criminal Procedure, the government hereby furnishes discovery with respect to the above-referenced matter. This disclosure supplements the government's earlier disclosures under cover of letters dated August 28, September 18, September 25 and October 10, 2018. The enclosed discovery contains, pursuant to the parties' conversations regarding personally identifiable information of third parties ("PII"), partially redacted copies of discovery that the government had previously provided. Pursuant to the parties' conversations, defense counsel will return or destroy the prior versions of the prior discovery containing PII listed below. The government renews its request for reciprocal discovery from the defendant.

  Enclosed are the following partially redacted copies of records from the New York City Police Department ("NYPD") with indications of the prior versions produced that are to be returned or destroyed:

- RWJ_000575-RWJ_000664 (prior version was Bates-numbered RWJ_000005-RWJ_000094);
- RWJ_000665-RWJ_000721 (prior version was Bates-numbered RWJ_000297-RWJ_000353); and
- RWJ_000722-RWJ_000899 (prior version was Bates-numbered RWJ_000354-RWJ_000531).

If you have any questions or requests regarding further discovery or a disposition of this matter, please do not hesitate to contact me.

Very truly yours,

RICHARD P. DONOGHUE
United States Attorney

By:   /s/ Andrew D. Grubin
Andrew D. Grubin
Special Assistant U.S. Attorney
(718) 254-6322

Enclosures

cc:   Clerk of the Court (DLI) (by ECF) (without enclosures)